ZIEVE, BRODNAX & STEELE, LLP
Shadd A. Wade, Esq.
Nevada Bar No. 11310
9435 West Russell Road, Suite 120
Las Vegas, NV 89148
Tel:    (702) 948-8565 | Fax: (702) 446-9898
swade@zbslaw.com
Attorneys for Defendant Freedom Mortgage Corp.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| DARRYL NELSON, | Case No.:  2:18-cv-01210-JAD-PAL |
| Plaintiff, | |
| vs. | |
| EXPERIAN INFORMATION SOLUTIONS, INC.; TRANSUNION, LLC; AND FREEDOM MORTGAGE CORP, | **CERTIFICATE OF INTERESTED PARTIES** |
| Defendants. | |

Pursuant to Local Rule 7.1-1 of the U.S. District Court Rules, Shadd A. Wade, Esq., of the law firm of ZIEVE, BRODNAX & STEELE, LLP, as counsel of record for Defendant, Freedom Mortgage Corp. ("FREEDOM") files this certificate of interested parties.

Freedom certifies that it is a privately held corporation with no parent companies. Freedom knows of no other entity that has an interest in the outcome of this case other than the parties to this case.

///
///
///
///
///
///
///
///

These representations are made to enable the Court to evaluate possible disqualification or recusal.

DATED this __20th__ day of July, 2018.

ZIEVE, BRODNAX & STEELE, LLP

/s/Shadd A. Wade, Esq.
Shadd A. Wade, Esq.
Nevada Bar No. 11310
9435 West Russell Road, Suite 120
Las Vegas, NV 89148
Tel:     (702) 948-8565 | Fax: (702) 446-9898
swade@zbslaw.com
Attorneys for Defendant Freedom Mortgage Corp.

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that I am an employee of ZIEVE, BRODNAX & STEELE, LLP; that service of the foregoing **CERTIFICATE OF INTERESTED PARTIES** was made on the __20th__ day of July, 2018, by electronic service to all parties and counsel as identified on the Court-generated Notice of Electronic Filing.

**David H. Krieger**
Haines & Krieger, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, NV 89123
(702) 880-5554
Fax: (702) 383-5518
Email: dkrieger@hainesandkrieger.com
Attorneys for Plaintiff

**Matthew I Knepper**
**Miles N Clark**
Knepper & Clark, LLC
10040 W. Cheyenne Ave. Suite 170-109
Las Vegas, NV 89129
7028256060
Fax: 7024478048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com
Attorneys for Plaintiff

**Jason Revzin**
Lewis Brisbois Bisgaard & Smith LLP
6385 S. Rainbow Blvd.
Suite 600
Las Vegas, NV 89118
702-893-3383
Fax: 702-893-3789
Email: Jason.revzin@lewisbrisbois.com
Attorney for Defendant, Transunion, LLC

                   __/s/Sara Hunsaker__
                   An employee of ZIEVE, BRODNAX & STEELE, LLP