ZIEVE, BRODNAX & STEELE, LLP
Shadd A. Wade, Esq.
Nevada Bar No. 11310
9435 West Russell Road, Suite 120
Las Vegas, NV 89148
Tel: (702) 948-8565 | Fax: (702) 446-9898
swade@zbslaw.com
Attorneys for Defendant Freedom Mortgage Corp.

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DARRYL NELSON,<br><br>    Plaintiff,<br><br>  vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; TRANSUNION, LLC; AND FREEDOM MORTGAGE CORP,<br><br>    Defendants. | Case No.:   2:18-cv-01210-JAD-PAL<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT FREEDOM MORTGAGE CORP'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

Plaintiff Darryl Nelson ("Plaintiff") and Defendant Freedom Mortgage Corp. ("Freedom"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Freedom's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

On July 3, 2018, Plaintiff filed his Complaint. The current deadline for Freedom to answer or otherwise respond to Plaintiff's Complaint is July 30, 2018. Freedom needs additional time to locate and assemble the documents relating to Plaintiff's claims and Freedom's counsel will need additional time to review the documents and respond to the allegations in Plaintiff's Complaint.

Plaintiff has agreed to extend the deadline in which Freedom has to answer or otherwise respond to Plaintiff's Complaint up to and including August 31, 2018. This is the first stipulation

///

for extension of time for Freedom to respond to Plaintiff's Complaint.

Dated this 27th day of July, 2018.

**ZIEVE, BRODNAX & STEELE, LLP**

   /s/Shadd A. Wade, Esq.
Shadd A. Wade, Esq.
Nevada Bar No. 11310
9435 West Russell Road, Suite 120
Las Vegas, NV 89148
Tel: (702) 948-8565; Fax: (702) 446-9898
swade@zbslaw.com
*Counsel for Freedom Mortgage Corp.*

**KNEPPER & CLARK, LLC, HAINES & KRIEGER, LLC**

   /s/Matthew Knepper, Esq.
Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
10040 W. Cheyenne Ave., Suite170-109
Las Vegas, NV 89129
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com
and
David H. Krieger, Esq.
Nevada Bar No. 9086
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123
Email: dkrieger@hainesandkrieger.com
*Counsel for Plaintiff*

## **ORDER**

The Joint Stipulation for Extension of Time for Freedom Mortgage Corp. to file an answer or otherwise respond is so ORDERED and ADJUDGED.

Dated this 30th day of July, 2018

_____
**UNITED STATES MAGISTRATE JUDGE**

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of ZIEVE, BRODNAX & STEELE, LLP; that service of the foregoing **JOINT STIPULATION AND ORDER EXTENDING DEFENDANT FREEDOM MORTGAGE CORP'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** was made on the __27th_ day of July, 2018, by electronic service to all parties and counsel as identified on the Court-generated Notice of Electronic Filing.

**David H. Krieger**
Haines & Krieger, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, NV 89123
(702) 880-5554
Fax: (702) 383-5518
Email: dkrieger@hainesandkrieger.com
Attorneys for Plaintiff

**Matthew I Knepper**
**Miles N Clark**
Knepper & Clark, LLC
10040 W. Cheyenne Ave. Suite 170-109
Las Vegas, NV 89129
7028256060
Fax: 7024478048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com
Attorneys for Plaintiff

**Jason Revzin**
Lewis Brisbois Bisgaard & Smith LLP
6385 S. Rainbow Blvd.
Suite 600
Las Vegas, NV 89118
702-893-3383
Fax: 702-893-3789
Email: Jason.revzin@lewisbrisbois.com
Attorney for Defendant, Transunion, LLC

                                                __/s/Sara Hunsaker_____
                                                An employee of ZIEVE, BRODNAX & STEELE, LLP