**JASON G. REVZIN**
Nevada Bar No. 8629
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
Email: jason.revzin@lewisbrisbois.com
*Counsel for Trans Union LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DARRYL NELSON,<br><br>  Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES LLC, TRANSUNION, LLC, AND FREEDOM MORTGAGE, CORP.,<br><br>  Defendant. | Case No. 2:18-cv-1210-JAD-PAL<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT (FIRST REQUEST)** |

Plaintiff Darryl Nelson ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

On September 7, 2018, Plaintiff filed his Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is September 21, 2018. Trans Union is in need of additional time to investigate Plaintiff's claims and respond to the allegations and details in Plaintiff's First Amended Complaint. Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's First Amended Complaint up to and including October 5, 2018. This is the first stipulation for extension of time for Trans Union to respond to Plaintiff's First Amended Complaint. This request is being made in good faith and is not made for any purpose of undue delay.

4825-9477-1059.1                                                                                                                             1

Dated this 20th day of September, 2018

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

*/s/ Jason G. Revzin*

Jason G. Revzin
Nevada Bar No. 8629
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
Jason.Revzin@lewisbrisbois.com
*Counsel for Trans Union LLC*

**KNEPPER & CLARK, LLC HAINES & KRIEGER, LLC**

*/s/ Matthew I. Knepper*

Matthew I. Knepper, Nevada Bar No. 12796
Miles N. Clark, Nevada Bar No. 13848
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Telephone: (702) 825-6060
Facsimile: (702) 447-8048
matthew.knepper@knepperclark.com
miles.clark@knepperclark.com
and
David H. Krieger, Nevada Bar No. 9086
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123
Telephone: (702) 880-5554
Facsimile: (702) 383-5518
Email: dkrieger@hainesandkrieger.com
*Counsel for Plaintiff*

**Case No. 2:18-cv-1210-JAD-PAL**
**JOINT STIPULATION AND ORDER EXTENDING DEFENANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF DARRYL NELSON'S FIRST AMENDED COMPLAINT (FIRST RERQUEST)**

| | | |
|---|---|---|
| 1 | Dated this 20th day of September, 2018 | **NAYLOR & BRASTER** |
| 2 | | |
| | | */s/ Jennifer L. Braster* |
| 3 | | Jennifer L. Braster |
| 4 | | Nevada Bar No. 9982 |
| | | Andrew J. Sharples |
| 5 | | Nevada Bar No. 12866 |
| | | 1050 Indigo Drive, Suite 200 |
| 6 | | Las Vegas, NV 89145 |
| 7 | | Telephone: (702) 420-7000 |
| | | Facsimile: (702) 420-7001 |
| 8 | | jbraster@nblawnv.com |
| | | asharples@nblawnv.com |
| 9 | | and |
| | | Katherine A. Neben |
| 10 | | Nevada Bar No. 14590 |
| 11 | | Jones Day |
| | | 3161 Michelson Drive |
| 12 | | Irvine, CA 92612 |
| | | Telephone: (949) 851-3939 |
| 13 | | Facsimile: (949) 553-7539 |
| | | kneben@jonesday.com |
| 14 | | ***Counsel for Experian Information Solutions, Inc.*** |
| 15 | | **ZIEVE, BRODNAX & STEELE, LLP** |
| 16 | | |
| 17 | | */s/ Shadd A. Wade* |
| | | Shadd A. Wade |
| 18 | | Nevada Bar No. 11310 |
| | | 9435 West Russell Rd, Suite 120 |
| 19 | | Las Vegas, NV 89148 |
| 20 | | Telephone: (702) 948-8565 |
| | | swade@zbslaw.com |
| 21 | | ***Counsel for Freedom Mortgage*** |
| 22 | | **SNELL & WILMER** |
| 23 | | */s/ Bradley T. Austin* |
| 24 | | Bradley T. Austin, Esq. |
| | | Nevada Bar No. 13064 |
| 25 | | 3883 Howard Hughes Pkwy., Ste. 1100 |
| | | Las Vegas, NV 89169 |
| 26 | | Email: baustin@swlaw.com |
| | | ***Counsel for Defendant Equifax Information Services LLC*** |
| 27 | **Case No. 2:18-cv-1210-JAD-PAL** | |
| 28 | | |

**Case No. 2:18-cv-1210-JAD-PAL**
**JOINT STIPULATION AND ORDER EXTENDING DEFENANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF DARRYL NELSON'S FIRST AMENDED COMPLAINT (FIRST RERQUEST)**

### ORDER

The Joint Stipulation for Extension of Time for Trans Union LLC to file an answer or otherwise respond to Plaintiff DARRYL NELSON's First Amended Complaint up to and including October 5, 2018 is so ORDERED AND ADJUDGED.

Dated this 21st day of October, 2018.

**UNITED STATES MAGISTRATE JUDGE**