Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DARRYL NELSON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; TRANSUNION LLC; and FREEDOM MORTGAGE CORP.,<br><br>　　　　Defendants. | Case No.: 2:18-cv-01210-JAD-PAL<br><br>**NOTICE OF SETTLEMENT WITH EXPERIAN INFORMATION SOLUTIONS, INC.** |

PLEASE TAKE NOTICE that Plaintiff Darryl Nelson and Defendant Experian Information Solutions, Inc. ("Experian"), have reached a tentative settlement. The parties anticipate filing a Stipulation for Dismissal of the Action as to the named Plaintiff's claims against

NOTICE OF SETTLEMENT WITH EXPERIAN INFORMATION SOLUTIONS, INC. - 1

Experian, with prejudice, within 60 days. Plaintiff requests that all pending dates and filing requirements as to Experian, be vacated and that the Court set a deadline, sixty days from the present date for filing a dismissal as to Experian.

Dated November 19, 2018.

/s/ *Matthew I. Knepper*
Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

**IT IS ORDERED** that the settling parties shall have until **November 19, 2019**, to either file a stipulation to dismiss with prejudice, or a joint status report advising when the stipulation to dismiss will be filed.

Dated: November 19, 2018

Peggy A. Leen
United States Magistrate Judge

NOTICE OF SETTLEMENT WITH EXPERIAN INFORMATION SOLUTIONS, INC. - 2

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that I am an employee of KNEPPER & CLARK LLC and that on November 19, 2018, I caused the document **NOTICE OF SETTLEMENT WITH EXPERIAN INFORMATION SOLUTIONS, INC.,** to be served through the Court's CM/ECF to all parties appearing in this case.

/s/ *Lucille Chiusano*
An employee of KNEPPER & CLARK LLC

NOTICE OF SETTLEMENT WITH EXPERIAN INFORMATION SOLUTIONS, INC. - 3