1  Matthew I. Knepper, Esq.
2  Nevada Bar No. 12796
   Miles N. Clark, Esq.
3  Nevada Bar No. 13848
   KNEPPER & CLARK LLC
4  10040 W. Cheyenne Ave., Suite 170-109
5  Las Vegas, NV 89129
   Phone: (702) 825-6060
6  Fax: (702) 447-8048
   Email: matthew.knepper@knepperclark.com
7  Email: miles.clark@knepperclark.com

8  David H. Krieger, Esq.
9  Nevada Bar No. 9086
   HAINES & KRIEGER, LLC
10 8985 S. Eastern Ave., Suite 350
   Henderson, NV 89123
11 Phone: (702) 880-5554
12 Fax: (702) 385-5518
   Email: dkrieger@hainesandkrieger.com
13
14 *Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DARRYL NELSON, | Case No.: 2:18-cv-01210-JAD-PAL |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO TRANS UNION LLC ONLY** |
| EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; TRANSUNION LLC; and FREEDOM MORTGAGE CORP., | ECF No. 40 |
| Defendants. | |

Plaintiff Darryl Nelson and Defendant Trans Union LLC, hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41

STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO TRANS UNION LLC ONLY - 1

(a)(2) as to, and **ONLY as to, TRANS UNION LLC.** Each party shall bear its own its own attorney's fees and costs of suit.

Dated November 19, 2018.

| | |
|---|---|
| /s/ *Matthew I. Knepper*<br>Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>KNEPPER & CLARK LLC<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com<br><br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>Email: dkrieger@hainesandkrieger.com<br><br>*Counsel for Plaintiff* | /s/ *Jason G. Revzin*<br>Jason G. Revzin, Esq.<br>Nevada Bar No. 8629<br>LEWIS, BRISBOIS, BISGAARD & SMITH<br>6385 S. Rainbow Blvd., Ste. 600<br>Las Vegas, NV 89118<br>Email: jason.revzin@lewisbrisbois.com<br><br>*Counsel for Defendant*<br>*Trans Union LLC* |
| /s/ *Bradley T. Austin*<br>Bradley T. Austin, Esq.<br>Nevada Bar No. 13064<br>SNELL & WILMER LLP<br>3883 Howard Hughes Pkwy., Ste. 1100<br>Las Vegas, NV 89169<br>Email: baustin@swlaw.com<br><br>*Counsel for Defendant*<br>*Equifax Information Services, LLC* | /s/ *Andrew J. Sharples*<br>Jennifer L. Braster, Esq.<br>Nevada Bar No. 9982<br>Andrew J. Sharples, Esq.<br>Nevada Bar No. 12866<br>NAYLOR & BRASTER<br>1050 Indigo Drive, Suite 200<br>Las Vegas, NV 89145<br>Email: jbraster@nblawnv.com<br>Email: asharples@nblawnv.com<br><br>Katherine A. Neben, Esq.<br>Nevada Bar No. 14590<br>JONES DAY<br>3161 Michelson Drive<br>Irvine, CA 92612<br>Email: kneben@jonesday.com<br><br>*Counsel for Defendant*<br>*Experian Information Solutions, Inc.* |

STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO TRANS UNION LLC ONLY - 2

# ORDER GRANTING

## STIPULATION OF DISMISSAL OF TRANS UNION LLC, WITH PREJUDICE

Based on the parties' stipulation **[ECF No. 40]**, which I construe as a joint motion under Local Rule 7-1(c) because it was signed by fewer than all the parties or their attorneys, and with good cause appearing, IT IS HEREBY ORDERED that **ALL CLAIMS AGAINST Trans Union, LLC are DISMISSED** with prejudice, each side to bear its own fees and costs.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: November 21, 2018